■ JERRY VERDI, Appellant, v. EDGAR B. WILSON et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ ALBERT STOCKMAN, Appellant, v. WHITE MOTOR COMPANY OF CANADA LIMITED, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ DONALD S. POTTER, Doing Business as POTTER REAL ESTATE COMPANY, et al., Appellants, v. SALINA-GENESEE CORPORATION, Respondent, et al., Defendants.— Motion to resettle order entered herein on the 14th day of July, 1959, granted in part and order amended by striking from the title thereof after the words "Salina-Genesee Corporation" the word "Defendant", and substituting in place thereof the word "Respondent", and further by adding after the words "All concur, except WILLIAMS and HALPERN, JJ., who dissent and vote for reversal," the words: "as to the dismissal of the complaint as against Salina-Genesee Corporation". Memorandum: The judgment entered February 3, 1959, as well as the judgment entered March 3, 1959, purported to dismiss the complaint of the plaintiffs as against all the defendants. Therefore, the dissent was applicable to the affirmance of both judgments, even though the dissenting Justices dissented only from the affirmance of the dismissal of the complaint as against the defendant Salina-Genesee Corporation. Plaintiff's cross motion for an order directing entry of amended judgment denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ EDMUND A. SCHILLAWSKI et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 32769.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ S. E. B. HOLDING CORPORATION, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 32760.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow. and Halpern, JJ.

■ JOHN O. YOUNG, Appellant, v. LOUIS J. TABER et al., Respondents. — Application for final order held to September 17, 1959. Memorandum: This appeal involves a narrow issue as to whether or not this cause of action was properly dismissed for failure to prosecute. The order appealed from is based upon a large number of affidavits and various orders made in the course of the litigation. We recognize the rule that a motion to dispense with the printing of exhibits and other necessary documents can be addressed only to the court to which the appeal is taken. In view of the dispute which has arisen between the parties to this litigation, and in the light of the special circumstances here presented, and in the exercise of our discretion, it would seem preferable, in the first instance, that the appellant should make application to the Justice who made the order at Special Term for a ruling as to what papers, if any, "are material to the questions to be raised on appeal". (Rules Civ. Prac., rule 234.)

■ JANE D. BLOCK, Respondent, v. ADRIAN BLOCK, JR., Appellant.— Appeal dismissed, without costs, upon stipulation.

■ MARTHA M. ENGELFRIED, as Executrix of ALFRED E. ENGELFRIED, Deceased, Plaintiff, v. MURRAY'S DELIVERY, INC., et al., Defendants.— Appeal dismissed, without costs, upon stipulation.